UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARNEST GORDON, III, # 238573,

        Petitioner,        Case No. 1:09-cv-521

v.        Honorable Paul L. Maloney

JEFFREY WOODS,

        Respondent.

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: September 23, 2016        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge