UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST GORDON, III, # 238573, | |
| Petitioner, | Case No. 1:09-cv-521 |
| v. | Honorable Paul L. Maloney |
| JEFFREY WOODS, | |
| Respondent. | |

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that petitioner's application for habeas corpus relief under 28 U.S.C. § 2254 is hereby **DENIED** because none of the grounds raised by petitioner provide a basis for the relief requested.

Dated: September 23, 2016

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge